AO 91 (Rev. 11/11)  Criminal Complaint

DOA
7/25/2025

# UNITED STATES DISTRICT COURT
### for the District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Sasha SEGUNDO, Edina Marie JOSE and Tristan Joslyn JOHNSON<br>U.S. citizens | ) ) ) ) ) ) ) | Case No.  25-9337 MJ |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on July 25, 2025, in Pinal County in the District of Arizona, the defendants, Sasha Segundo, Edina Marie Jose, and Tristan Joslyn Johnson, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown, to transport and move within the United States aliens who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, USC 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(i), (Conspiracy to Transport an Illegal Alien).

This criminal complaint is based on these facts:

See attached Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

JOSEPH M WILK *(Digitally signed by JOSEPH M WILK Date: 2025.07.26 09:47:08 -07'00')*

*Complainant's signature*

Reviewed by AUSA Louie Uhl for AUSA Rachel Nava

Joseph M. Wilkes United States Border Patrol

*Printed name and title*

Sworn to before me and subscribed telephonically.

Date:  July 26, 2025  @10:47am

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Joseph M. Wilkes, a Border Patrol Agent with the United Stats Border Patrol, being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1.      I am a Border Patrol Agent (BPA) with the United States Border Patrol (USBP), United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecutions Unit.  I have 13 years of experience as a BPA. I was trained at the Border Patrol Academy in Artesia, New Mexico, in 2011.  I have served on multiple details as a BPA, including being a lead agent on several human smuggling related cases.

2.      In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein.  I have personal knowledge of the following facts or have learned them from other law enforcement officers.  I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

3.      On July 25, 2025, Border Patrol Agents (BPAs) Johanna Nordland, Alex Warren, and Brian Lentz responded to Pinal County Sheriff's Office (PCSO) deputies who had conducted a traffic stop of a 2018 white Dodge Ram (Truck) on Interstate 10 (I-10) in the westbound lane at mile post 201 in Casa Grande of Pinal County, Arizona.  Border Patrol Agents were requested to assist PCSO deputies with a suspected alien-smuggling event.  On scene, BPA Nordland was greeted by Homeland Security Investigations (HSI)

Special Agent (SA) Brian Hill who explained that Immigrations and Customs Enforcement - Enforcement Removal Operations (ICE-ERO) officers, PCSO deputies and HSI special agents were conducting an operation on I-10, disrupting alien smuggling activity. SA Hill said that agents had been observing the truck and a Black Jeep Grand Cherokee's (the jeep) engaged in suspicious driving patterns and requested the assistance of PCSO deputies. Sergeant Nardelli of the PCSO observed both vehicles and conducted a traffic stop of the truck for a violation of ARS § 28-959.01 (materials on windows or windshields) while HSI continued to follow the jeep. Sergeant Nardelli issued a traffic ticket to the driver of the truck, identified as Sasha SEGUNDO, for a violation of ARS § 28-3473A (Drive with license suspended/revoked/cancelled)

4.      BPA Nordland spoke with the driver of the truck, SASHA. BPAs Alex Warren and Brian Lentz spoke with the remaining passengers of the truck. SEGUNDO claimed that she was a tribal member of the Tohono O'odham Nation, which is in Sells of Pima County, Arizona. The passengers of the truck were soon identified as Natanael Estuardo Pec-Mendez and Gomez Morales Selvin-Yovany. Both admitted to being citizens of Guatemala and in the United States illegally. The third passenger, Edvin Erazo-Arteaga claimed to be a citizen of Honduras and admitted that he was in the United States illegally. BPAs took custody of the truck and transported its occupants to the Casa Grade Border Patrol Station for further processing and investigation.

5.      BPA Nordland briefly interviewed SEGUNDO, the driver of the truck. SEGUNDO claimed that it was her first time engaging in what she referred to as "this." BPA Nordland asked for clarification, but SEGUNDO refused. BPA Nordland asked if SEGUNDO was referring to alien smuggling and SEGUNDO responded with words to the effect of "That's what it looks like." BPA Norland then requested that HSI agents that the jeep, now travelling west on Florence Boulevard in Casa Grande, be stopped by the HSI

agents following it.  HSI SA Larson conducted a stop of the jeep.  In the jeep was a driver, identified as Edina Marie JOSE, a front passenger, Tristan Joslyn JOHNSON (a female but identifies as a male), who is also the registered owner of the truck driven by SEGUNDO and Angela Rae WATKINS, who was sitting behind the front passenger.  The jeeps and its occupants were transported to the Casa Grande Border Patrol Station for further processing and investigation.

6.    At the Casa Grande Border Patrol Staton, all subjects had their fingerprints electronically recorded and submitted of for electronic analysis to determine any previous criminal or immigration history.  All occupants of both vehicles, except for the three afore-mentioned illegal aliens, were confirmed to be U.S. citizens.

## Post-*Miranda*-Interviews

7.    At the Casa Grande Border Patrol Station, BPAs Stanek and Nordland attempted to interview SEGUNDO, the driver of the truck, who declined to answer questions.

8.    BPAs Stanek and Nordland interviewed JOHNSON, the front passenger of the jeep and registered owner of the truck.  JOHNSON told agents that his mother, JOSE, the driver of the truck, had offered him money to smuggle illegal aliens.  JOHNSON said that JOSE had told him that SEGUNDO needed JOHNSON's truck for the alien-smuggling endeavor.  JOHNSON admitted that he let SEGUNDO use the truck.  JOHNSON admitted that he was traveling in the jeep and that his mother, JOSE, was driving the jeep. JOHNSON stated that his mother was coordinating the entire smuggling event with SEGUNDO.  JOHNSON said that he was going to be paid $1,000 for the use of the truck and that SEGUNDO and JOSE were going to be paid an unknown amount for their roles.

9.     JOHNSON said that JOHNSON, JOSE and WATKINS were in the jeep and met with the truck driven by SEGUNDO at a stash-house in Tucson, Arizona.  JOHNSON said that, at the house, SEGUNDO picked up the three illegal aliens and began driving towards Phoenix.  JOHNSON said the defendants used the jeep to scout ahead of the truck, looking for the presence of law enforcement.  JOHNSON admitted that his cell phone would contain text messages confirming his statements of the event.

10.     BPAs Stanek and Nordland interviewed JOSE, the driver of the jeep.  JOSE stated that the occupants of the jeep were SEGUNO (her son,) JOHNSON and WATKINS.  JOSE claimed that SEGUNDO borrowed JOHNSON's truck to smuggle aliens.  JOSE admitted she drove the jeep to a stash house in Tucson, Arizona, where she met her son after letting SEGUNDO borrow the truck. JOSE said that, at the stash house, aliens, later identified as Natanael Estuardo PEC-Mendez, and Gomez Morales SELVIN-Yovany boarded the truck, and that JOSE followed SEGUNDO towards their destination in Phoenix, Arizona.  JOSE claimed that she was not going to be paid for part in the smuggling event and that her involvement was to help her son, JOHNSON.

**Material Witness Interviews**

11.     BPA Stanek interviewed PEC-Mendez, one of the three smuggle illegal aliens.  PEC is a citizen of Guatemala who does not possess and documents that would allow him to enter, pass through or remain in the United Sates legally.  PEC admitted that he entered the United States illegally on or about July 24, 2025 with two other illegal aliens.  PEC said that the three aliens ended up in an abandoned stash house where they stayed the night.  PEC said that, the next morning, a woman came to the door and called out, "Pollos, let's go!".  ("Pollos is a Spanish slang term referring to illegal aliens").  PEC recalled exiting the house and following a woman to her white truck.  PEC said that, after entering

the front passenger seat, PEC witnessed the woman take the driver's seat. PEC described her as having short black hair, wearing glasses and a face mask.

12.  PEC stated that a friend in is Guatemala had made his smuggling arrangements to Phoenix, Arizona, including a $25,000 smuggling fee. PEC was shown a photo lineup with photos of six subjects numbered (1) to six (6). PEC did not recognize anyone in the photos.

13.  BPA Madrid interviewed SALVIN-YOVANY, one of the three smuggled illegal aliens. SALVIN is a citizen of Guatemala who does not possess documents that would allow him to enter, pass through or remain in the United Sates legally. SALVIN admitted that he illegally entered the United States on or about July 24, 2025 with two other illegal aliens. SALVIN stated that a truck picked the three aliens up and drove them to an abandoned stash house where they spent the night. SALVIN said that, the following the day, the aliens boarded entered a white truck in front of the house. SALVIN described the driver of the truck as a female with black hair wearing glasses and a face mask. SALVIN said that he sat behind the front passenger seat the entire time. SALVIN stated the driver of the truck did not make any stops or change drivers at any time up until pulled over by law enforcement.

14.  SALVIN told agents that his father made his smuggling arrangements and that he did not know how much the fees were. SALVIN said that he was to travel from the IBF to Dallas, Texas where his father currently resides. SALVIN was shown a photo lineup with photos of six subjects numbered (1) to six (6). SALVIN did not recognize anyone in the photos.

15.    Based on the facts and circumstances stated in this Affidavit, I submit that there is probable cause to believe that the defendants, Sasha SEGUNDO, Edina Marie JOSE and Tristan Joslyn JOHNSON, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown, to transport and move within the United States aliens who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and (a)(1)(A)(v)(i).

JOSEPH M WILKES    Digitally signed by JOSEPH M WIL
Date: 2025.07.26 09:47:33 -07'00'

_____
Joseph M. Wilkes
United States Border Patrol Agent

Sworn to before me and subscribed telephonically on this 26th day of July 2025.

_____
HONORABLE Eileen S. Willett
United States Magistrate Judge